# Court of Appeals
# of the State of Georgia

ATLANTA,___November 07, 2016___

*The Court of Appeals hereby passes the following order:*

**A17E0013.  IN THE INTEREST OF: A. F., ET AL., CHILDREN (MOTHER).**

It is hereby ordered that the emergency motion requesting an extension of time in which to file an Application for Discretionary Appeal is hereby GRANTED pursuant to Court of Appeals Rule 31 (g).  The Application for Discretionary Appeal will now be due on or before the 13th day of December 2016.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*___11/07/2016___
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*